UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PSARA ENERGY, LTD.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 18-04111** |
| **SPACE SHIPPING, LTD.; GEDEN HOLDINGS LTD.; ADVANTAGE START SHIPPING, LLC; GENEL DENIZCILIK NAKLIYATI A.S. A/K/A GEDEN LINES; ADVANTAGE TANKERS, LLC; ADVANTAGE HOLDINGS, LLC; FORWARD HOLDINGS, LLC; MEHMET EMIN KARAMEHMET; GULSUN NAZLI KARAMEHMET – WILLIAMS; and TUĞRUL TOKGÖZ** | **SECTION "B" (2)** <br><br> **JUDGE LEMELLE** <br><br> **MAGISTRATE WILKINSON** |

### RESTRICTED APPEARANCE PURSUANT TO RULE E(8)

NOW INTO COURT, through undersigned counsel, comes Advantage Start Shipping, LLC, appearing restrictively and solely as owner of the M/V ADVANTAGE START, and with a full reservation of all rights and defenses pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to make this appearance to file its Motion to Vacate the wrongful attachment of the M/V ADVANTAGE START.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  *s/ Kevin J. LaVie*
    KEVIN J. LAVIE, T.A. (#14125)
    BRIAN WALLACE (#17191)
    Canal Place - Suite 2000
    365 Canal Street
    New Orleans, LA  70130-6534
    Telephone: 504-566-1311

- 1 -

PD.23627850.1

        Telecopier: 504-568-9130
        kevin.lavie@phelps.com
        brian.wallace@phelps.com
        Attorneys for Defendant,
            Advantage Start Shipping, LLC

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 11th day of May, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

        *s/ Kevin J. LaVie*
        KEVIN J. LAVIE