UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PSARA ENERGY, LTD.                                CIVIL ACTION

VERSUS                                            NO. 18-4111

SPACE SHIPPING, LTD., ET AL                       SECTION "B"(2)

ORDER AND REASONS

A *Rule E(4)(f)* hearing was held on Wednesday, May 16, 2018, with counsel for the parties, Plaintiff Psara Energy and Defendant Advantage Start Shipping. The Court found Plaintiff's valuations in the newly submitted evidence to be excessive. Pursuant to oral reasons given in open court, including that mentioned above, the Court ordered (Rec. Doc. 25) additional security for fair valuation of Plaintiff's claim in the amount of $800,000.00. The Court found said amount sufficient to cover reasonable towage costs that was previously unavailable when fair value computations were originally made in related proceedings in the Eastern District of Texas. The parties were further directed to submit memoranda regarding the propriety of transferring this action to the Eastern District of Texas, or staying this action pending resolution of the underlying arbitration proceedings in London, England. Rec. Doc. 30. The Court has reviewed the Parties memoranda submitted on the issue of transfer. Rec. Docs. 28 and 29.

28 U.S.C. § 1404(a) provides that:

(a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it

1

might have been brought or to any district or division
to which all parties have consented.

28 U.S.C. § 1404. After consideration of the record in this case transfer is appropriate for the convenience of all parties involved.

The instant action was filed by Plaintiff for the attachment and garnishment for the attachment of Defendant's vessel, the MT ADVANTAGE START. Rec. Doc. 28. Plaintiff filed said action simultaneous to an identical claim in the Eastern District of Texas for the attachment of Defendant's vessel the MT ADVANTAGE ARROW. *Id*. As a result, where the district court in the Eastern District of Texas has made substantial progress and findings in an identical claim, the interests of justice and convenience of all parties involved permit transfer of this action to the Eastern District of Texas. Both Parties and the Court agree with transfer. Accordingly,

**IT IS ORDERED** that Plaintiff's claims in the above-captioned action are hereby **TRANSFERRED** to the Eastern District of Texas, Beaumont Division, pursuant to 28 U.S.C. § 1404(a).

New Orleans, Louisiana, this 23rd day of July, 2018.

SENIOR UNITED STATES DISTRICT JUDGE